FILED
08/19/2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **CURT A. RATCLIFF,**  Defendant. | **VIOLATION: 9712427**  **Location Code: M13**  **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 9712427 (for a total of $65), and for good cause shown, IT IS ORDERED that the $65 fine paid by the defendant is accepted as a full adjudication of violation 9712427.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 17, 2020, is VACATED.

DATED this 19th day of August, 2020.

_____
John Johnston
United States Magistrate Judge